

FILED
AUG 10 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Glenn R. Kantor (SBN: 122643)
 E-mail: gkantor@kantorlaw.net
Alan E. Kassan (SBN: 113864)
 E-mail: akassan@kantorlaw.net
Brent Dorian Brehm (SBN: 248983)
 E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff, DEDRA ESPINDOLA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRA ESPINDOLA,<br><br>   Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY and DST SYSTEMS, INC., LONG TERM DISABILITY PLAN,<br><br>   Defendants. | CASE NO. 2:16-cv-01301-JAM-CKD<br><br>**STIPULATION TO DISMISS DST SYSTEMS, INC., LONG TERM DISABILITY PLAN** |

IT IS HEREBY STIPULATED by and between plaintiff DEDRA ESPINDOLA ("Plaintiff") and defendant STANDARD INSURANCE COMPANY ("Standard"), by and through their respective counsel, as follows:

1. The parties agree that this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1001, *et seq*.

2. Standard has confirmed that DST SYSTEMS, INC., LONG TERM DISABILITY PLAN (the "Plan") is fully insured under the Group Contract with DST Systems, Inc. for the long term disability benefits at issue in this case.

3. Standard acknowledges and agrees that it will be responsible for any judgment relating to long term disability benefits under the Plan, and attorneys' fees, if awarded, as they relate to Plaintiff based on the allegations made in the Complaint against Standard in the above-entitled action.

4. The parties therefore stipulate and request that the Plan be dismissed without prejudice, with the parties to bear their own attorneys' fees and costs directly related to this Stipulation and the dismissal of the Plan. Standard shall remain the only named defendant.

IT IS SO STIPULATED.

Dated: August 9, 2016                KANTOR & KNATOR, LLP

                          By:   */s/ Brent Dorian Brehm*
                                Brent Dorian Brehm
                                Attorneys for Plaintiff,
                                Dedra Espindola


Dated: August 9, 2016                MESERVE, MUMPER & HUGHES, LLP

                          By:   */s/ Linda M. Lawson*
                                Linda M. Lawson
                                Attorneys for Defendant
                                Standard Insurance Company

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Brent Dorian Brehm hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

STIPULATION TO DISMISS DST SYSTEMS, INC., LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRA ESPINDOLA,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY and DST SYSTEMS, INC., LONG TERM DISABILITY PLAN,<br><br>Defendants. | CASE NO. 2:16-cv-01301-JAM-CKD<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO DISMISS DST SYSTEMS, INC., LONG TERM DISABILITY PLAN |

**IT IS HEREBY ORDERED** that defendant DST SYSTEMS, INC., LONG TERM DISABILITY PLAN (the "Plan") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to this Stipulation to Dismiss the Plan and the dismissal of the Plan. Standard Insurance Company shall remain the only named defendant.

**IT IS SO ORDERED.**

Dated: 8-10-2016

John A. Mendez
United States District Judge

1