Glenn R. Kantor (SBN: 122643)
E-mail: gkantor@kantorlaw.net
Alan E. Kassan (SBN: 113864)
E-mail: akassan@kantorlaw.net
Brent Dorian Brehm (SBN: 248983)
E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff, DEDRA ESPINDOLA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEDRA ESPINDOLA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY and DST SYSTEMS, INC., LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-01301-JAM-CKD<br><br>**STIPULATION REGARDING STANDARD OF REVIEW** |

　　　　IT IS HEREBY STIPULATED by and between plaintiff Debra Espindola ("Plaintiff") and defendant Standard Insurance Company ("Standard"), by and through their respective counsel, as follows:

　　　　1.　　The parties agree that this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1001, *et seq.*

2.     One of the issues to be litigated in an ERISA benefits claim is whether the standard of review is abuse of discretion or *de novo*.

3.     The parties hereby stipulate and agree that the applicable standard of review to be utilized in this case should be *de novo*.

4.     The parties' agreement as to the standard of review relates solely to this particular case and does not give rise to any waiver or prejudice in any future cases brought against Standard.

IT IS HEREBY STIPULATED AND AGREED as follows by and between the parties hereto and through their respective attorneys of record:

The parties agree that this Court shall apply a *de novo* standard of review in this case. This Stipulation regarding the appropriate standard of review is specifically limited to the facts and circumstances of this particular case.

IT IS SO STIPULATED.

Dated: August 9, 2016                              KANTOR & KNATOR, LLP

                                                  By:   */s/ Brent Dorian Brehm*
                                                        Brent Dorian Brehm
                                                        Attorneys for Plaintiff,
                                                        Dedra Espindola


Dated: August 9, 2016                              MESERVE, MUMPER & HUGHES, LLP

                                                  By:   */s/ Linda M. Lawson*
                                                        Linda M. Lawson
                                                        Attorneys for Defendant
                                                        Standard Insurance Company

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Brent Dorian Brehm hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRA ESPINDOLA,<br><br>         Plaintiff,<br><br>   vs.<br><br>STANDARD INSURANCE COMPANY and DST SYSTEMS, INC., LONG TERM DISABILITY PLAN,<br><br>         Defendants. | CASE NO. 2:16-cv-01301-JAM-CKD<br><br>[~~PROPOSED~~] ORDER RE STIPULATION REGARDING STANDARD OF REVIEW |

Based upon the Parties' Stipulation regarding the Standard of Review and finding good cause therefore, IT IS HEREBY ORDERED that the Court has accepted the parties' stipulation and will employ the *de novo* standard of review in this case. This Order regarding the appropriate standard of review is specifically limited to the facts and circumstances of this particular case.

**IT IS SO ORDERED.**

Dated: 8·10·2016

_____
John A. Mendez
United States District Judge

1