Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Charles K. Chineduh (Bar No. 273258)
cchineduh@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
STANDARD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRA ESPINDOLA, | Case No. 2:16-cv-01301-JAM-CKD |
| Plaintiff, | **STIPULATION TO CONTINUE DATES; ORDER THEREON** |
| vs. | Judge: Hon. John A. Mendez |
| STANDARD INSURANCE COMPANY and DST SYSTEMS, INC., LONG TERM DISABILITY PLAN, | |
| Defendants. | |

Plaintiff Dedra Espindola ("Plaintiff") and Defendant Standard Insurance Company ("Defendant" or "Standard"), currently the only named defendant in the above-entitled action,[1] by and through their respective attorneys of record, enter into this stipulation based on the following facts:

On June 13, 2016, Plaintiff filed her Complaint in this lawsuit.

On November 21, 2016, the Court issued a Minute Order ("November 21 Order") (ECF Doc. No. 18), which indicated that the Court determined "this ERISA

---

[1] Defendant DST Systems, Inc., Long Term Disability Plan was dismissed without prejudice. *See* Order re Stipulation to Dismiss DST Systems, Inc., Long Term Disability Plan, dated 08/10/16. (ECF Doc. No. 14.)

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

156244.1

1

Case No. 2:16-cv-01301-JAM-CKD
STIPULATION TO CONTINUE DATES;
[PROPOSED] ORDER THEREON

matter should proceed on cross motions for summary judgment," and which set forth a schedule of pretrial and trial dates, including the following:

    1.    Plaintiff's motion for summary judgment: filed on or before May 12, 2017;

    2.    Standard's opposition and cross-motion: filed on or before June 2, 2017;

    3.    Plaintiff's reply and opposition: filed on or before June 23, 2017;

    4.    Standard's reply: filed on or before July 7, 2017;

    5.    Hearing on cross-motions: July 25, 2017 at 1:30 p.m.

On February 1, 2017, the parties participated in a mediation session before Keith M. Parker, Esq., ADR Services, Inc.

The parties are continuing to actively explore settlement possibilities, and wish to fully exhaust those possibilities prior to filing their respective cross-motions.

The parties have not previously requested the continuance of any dates set forth in the November 21 Order.

WHEREAS, for good cause, for the convenience of the Court, and to conserve both the Court's and the parties' time and resources while allowing the parties to fully explore settlement possibilities, the parties stipulate to, and respectfully request, a continuance of the following pretrial and trial dates set forth in the November 21 Order by 28 days, as set forth below.

## **STIPULATION**

The parties agree and stipulate, and respectfully request, the following 28-day continuances of dates set forth in the Court's November 21, 2016 Order:

    1.    Plaintiff's motion for summary judgment in this ERISA matter will be filed on or before June 9, 2017;

    2.    Standard's opposition and cross-motion will be filed on or before June 30, 2017;

    3.    Plaintiff's reply and opposition will be filed on or before July 21, 2017;

    4.    Standard's reply will be filed on or before August 4, 2017;

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

156244.1

2

Case No. 2:16-cv-01301-JAM-CKD
STIPULATION TO CONTINUE DATES;
[PROPOSED] ORDER THEREON

5. The hearing on the parties' cross-motions is continued to August 22, 2017 at 1:30 p.m.

IT IS SO STIPULATED

Dated: May 1, 2017

KANTOR & KANTOR, LLP
Glenn R. Kantor
Alan E. Kassan
Brent Dorian Brehm

By: */s/ Brent Dorian Brehm*
Brent Dorian Brehm
Attorneys for Plaintiff
DEDRA ESPINDOLA

Dated: May 1, 2017

MESERVE, MUMPER & HUGHES LLP
Linda M. Lawson
Charles K. Chineduh

By: */s/ Charles K. Chineduh*
Charles K. Chineduh
Attorneys for Defendant
STANDARD INSURANCE COMPANY

**Filer's Attestation-Local Rule 131(e)**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

///
///
///
///
///
///

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

156244.1

3

Case No. 2:16-cv-01301-JAM-CKD
STIPULATION TO CONTINUE DATES;
[PROPOSED] ORDER THEREON

# **ORDER**

Based on the parties' Stipulation and good cause appearing, the following dates set forth in the Court's November 21, 2016 Order are continued as follows:

1. Plaintiff Dedra Espindola's motion for summary judgment in this ERISA matter shall be filed on or before June 9, 2017;

2. Defendant Standard Insurance Company's opposition and cross-motion shall be filed on or before June 30, 2017;

3. Plaintiff's reply and opposition shall be filed on or before July 21, 2017;

4. Defendant's reply shall be filed on or before August 4, 2017;

5. Hearing on the parties' cross-motions is continued from July 25, 2017 at 1:30 p.m. to August 22, 2017 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: May 2, 2017            /s/ John A. Mendez
                              Hon. John A Mendez
                              United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

156244.1

4

Case No. 2:16-cv-01301-JAM-CKD
STIPULATION TO CONTINUE DATES;
[PROPOSED] ORDER THEREON