Glenn R. Kantor (SBN: 122643)
E-mail: gkantor@kantorlaw.net
Alan E. Kassan (SBN: 113864)
E-mail: akassan@kantorlaw.net
Brent Dorian Brehm (SBN: 248983)
E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff, DEDRA ESPINDOLA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRA ESPINDOLA,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY and DST SYSTEMS, INC., LONG TERM DISABILITY PLAN,<br><br>Defendants. | CASE NO. 2:16-cv-01301-JAM-CKD<br><br>**STIPULATION REGARDING FILING THE ADMINISTRATIVE RECORD; ORDER THEREON** |

Plaintiff Dedra Espindola and Defendant Standard Insurance Company) ("Defendant" or "Standard") (collectively, the "Parties"),[1] currently the only named defendant in the above-entitled action, by and through their respective attorneys of record, hereby stipulate as follows:

---

[1] Defendant DST Systems, Inc., Long Term Disability Plan was dismissed without prejudice. *See* Order dated 08/10/16. (ECF Doc. No. 14.)

1

STIPULATION REGARDING FILING THE ADMINISTRATIVE RECORD;
[PROPOSED] ORDER THEREON

WHEREAS, on May 2, 2017, the Court accepted the Parties' stipulation to continue dates such that Plaintiff's motion for summary judgment in this ERISA matter shall be filed on or before June 9, 2017; Defendant's opposition and cross-motion shall be filed on or before June 30, 2017; Plaintiff's reply and opposition shall be filed on or before July 21, 2017; Defendant's reply shall be filed on or before August 4, 2017; and the hearing on the Parties' cross-motions is set for August 22, 2017 at 1:30 p.m. [Docket No. 20].

The Parties subsequently met and conferred regarding the lodging, through the Court's e-filing system, of the administrative record in this ERISA matter, which will require redaction of confidential information pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 140. This is an issue not addressed by the Court's prior Orders or by the Parties in previous stipulations. Defendant previously produced to Plaintiff a bates stamped copy of the administrative record. The Parties have agreed that Defendant will redact the administrative record pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 140; and that the Parties would request the Court to order Defendant to lodge the redacted administrative record on or before July 6, 2017.

## STIPULATION

The Parties agree and stipulate, and respectfully request, the above case management dates remain in place, and the following additional date be added:

1. Standard shall lodge, through the Court's e-filing system, the redacted administrative record in this ERISA matter on or before July 6, 2017.

Dated: June 9, 2017             KANTOR & KNATOR, LLP

By: */s/ Brent Dorian Brehm*
      Attorneys for Plaintiff,
      Dedra Espindola

2
STIPULATION REGARDING FILING THE ADMINISTRATIVE RECORD;
[PROPOSED] ORDER THEREON

Dated: June 9, 2017                    MESERVE, MUMPER & HUGHES LLP

By: /s/ Allison Vana
    Linda M. Lawson
    Charles K. Chineduh
    Allison Vana
    Attorneys for Defendant
    Standard Insurance Company

**Filer's Attestation-Local Rule 131(e)**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

## ORDER

Based on the Parties' Stipulation and good cause appearing, the dates set forth in the Court's May 2, 2017 Order remain in place with the addition of the following date:

1. Standard shall lodge, through the Court's e-filing system, the redacted administrative record in this ERISA matter on or before July 6, 2017.

**IT IS SO ORDERED.**

Dated: June 12, 2017

The Honorable John A. Mendez
United States District Court Judge