1   Glenn R. Kantor (SBN: 122643)
      E-mail: gkantor@kantorlaw.net
2   Alan E. Kassan (SBN: 113864)
      E-mail: akassan@kantorlaw.net
3   Brent Dorian Brehm (SBN: 248983)
      E-mail: bbrehm@kantorlaw.net
4   KANTOR & KANTOR, LLP
    19839 Nordhoff Street
5   Northridge, CA 91324
    Telephone: (818) 886-2525
6   Facsimile: (818) 350-6272

7

    Attorneys for Plaintiff, DEDRA ESPINDOLA
8

9   Linda M. Lawson (Bar No. 77130)
    llawson@mmhllp.com
10  Charles K. Chineduh (Bar No. 273258)
    cchineduh@mmhllp.com
11  Allison Vana (Bar No. 228282)
    avana@mmhllp.com
12  MESERVE, MUMPER & HUGHES LLP
    800 Wilshire Boulevard, Suite 500
13  Los Angeles, California 90017-2611
    Telephone: (213) 620-0300
14  Facsimile: (213) 625-1930

15  Attorneys for Defendant
    STANDARD INSURANCE COMPANY
16

17          UNITED STATES DISTRICT COURT

18          EASTERN DISTRICT OF CALIFORNIA

19

20

21  DEDRA ESPINDOLA,                    CASE NO. 2:16-cv-01301-JAM-CKD

22          Plaintiff,                  STIPULATION AND [PROPOSED]
                                        ORDER] TO CONTINUE HEARING
23      vs.                             ON CROSS-MOTIONS FOR
                                        SUMMARY JUDGMENT IN ERISA
24  STANDARD INSURANCE                  MATTER AND REQUEST FOR
    COMPANY and DST SYSTEMS, INC.,      CLARIFICATION RE PAGE LIMITS
    LONG TERM DISABILITY PLAN,          ON ERISA CROSS-MOTIONS
25

26          Defendants.                 Current Date:      August 29, 2017
                                        Proposed New Date: September 19, 2017
27
                                        Judge:    Hon. John A. Mendez
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CROSS-MOTIONS
FOR SUMMARY JUDGMENT AND REQUEST FOR CLARIFICATION RE PAGE LIMITS

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525



FILED

JUN 19 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK



Plaintiff Dedra Espindola ("Plaintiff") and Defendant Standard Insurance Company ("Defendant" or "Standard") (collectively, the "Parties"), currently the only named defendant in the above-entitled action, by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed her motion for summary judgment in this ERISA matter on June 9, 2017;

WHEREAS, Standard's opposition and cross-motion will be filed on or before June 30, 2017;

WHEREAS, Plaintiff's reply and opposition will be filed on or before July 21, 2017;

WHEREAS, Standard's reply will be filed on or before August 4, 2017;

WHEREAS, the hearing on the Parties' cross-motions was previously set for August 22, 2017 at 1:30 p.m. (*See* Order dated 05/02/17, ECF Doc. No. 20). The Court has reset the hearing for August 29, 2017. (*See* Minute Order dated 06/12/17, ECF Doc. No. 24);

WHEREAS, a conflict has now arisen with the new hearing date of August 29, 2017. Plaintiff's counsel, Brent Dorian Brehm, indicated to counsel for Standard that he has jury duty that week; has already moved his jury service once before and will not able to move it again; and that since he will not know if he needs to report until the night before the current hearing date, it is uncertain whether or not he will be able to attend the hearing.

WHEREAS, Counsel for the Parties conferred regarding alternative dates they are available;

NOW, THEREFORE, the Parties respectfully request this Court for a continuance of the hearing on the Parties' cross-motions in this ERISA matter, from August 29, 2017 to September 19, 2017, with the other dates set by the Court for the filing of the Parties' respective briefs and Standard's lodging of the administrative record remaining unchanged.

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CROSS-MOTIONS
FOR SUMMARY JUDGMENT AND REQUEST FOR CLARIFICATION RE PAGE LIMITS

ADDITIONALLY, the Parties, cognizant of the Court's statement regarding compliance with page limits in its Order Re Filing Requirements [Docket 5-2], met and conferred regarding the page limits applicable to the cross-motions for summary judgment Ordered by the Court herein. It is the Parties' understanding that because the Court ordered the Parties to file cross motions for summary judgment in this ERISA matter (*see* Order dated 11/21/16, ECF Doc. No. 18), the page limits noted in the Court's earlier Order re Filing Requirements specific to cross-motions for summary judgment apply to their respective memoranda of points and authorities i.e.:

Plaintiff's opening brief: 25 pages maximum

Defendant's opposition and cross-motion: 35 pages maximum

Plaintiff's reply and opposition: 20 pages maximum

Defendant's Reply: 10 pages maximum

(*See* ECF Doc. No. 5-2 at p. 2:16-23 [Order dated 06/13/16].)

In light of the Court's November 21, 2016 order that "this ERISA matter should proceed on cross motions for summary judgment" (ECF Doc. No. 18), the Parties respectfully seek clarification from the Court that the foregoing page limitations, noted in the Court's June 13, 2016 Order, apply, rather than page limitations noted in the Court's November 21, 2016 Order, which the Parties did not understand to apply to cross-motions with a total of four briefs ordered. This stipulation is not intended to limit either party from seeking permission from the Court to exceed the stated page limitations. (*See* 06/13/16 Order at 2:25-26: "The parties must obtain permission from the Court to exceed the stated page limitations.")

///

///

///

///

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CROSS-MOTIONS
FOR SUMMARY JUDGMENT AND REQUEST FOR CLARIFICATION RE PAGE LIMITS

IT IS SO STIPULATED

Dated: June 16, 2017                KANTOR & KANTOR, LLP

                                    By: /s/ Brent Dorian Brehm
                                        Brent Dorian Brehm
                                        Attorneys for Plaintiff
                                        DEDRA ESPINDOLA


Dated: June 16, 2017                MESERVE, MUMPER & HUGHES LLP

                                    By: /s/ Allison Vana
                                        Allison Vana
                                        Attorneys for Defendant
                                        STANDARD INSURANCE
                                        COMPANY


**Filer's Attestation-Local Rule 131(e)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CROSS-MOTIONS
FOR SUMMARY JUDGMENT AND REQUEST FOR CLARIFICATION RE PAGE LIMITS

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

## ORDER

Based on the Parties' Stipulation and good cause appearing, the hearing on the Parties' cross-motions for summary judgment in this ERISA matter is continued to September 19, 2017 at 1:30 p.m.

The page limitations set forth in the Court's Order Re Filing Requirements [Docket No. 5-2, at p. 2:16-23] apply to the Parties' memoranda of points and authorities:

Plaintiff's opening brief: 25 pages maximum

Defendant's opposition and cross-motion: 35 pages maximum

Plaintiff's reply and opposition: 20 pages maximum

Defendant's Reply: 10 pages maximum

This Order does not limit either party from seeking permission from the Court to exceed the stated page limitations.

**IT IS SO ORDERED**.

Dated: 6 - 19 , 2017

Hon. John A Mendez
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CROSS-MOTIONS
FOR SUMMARY JUDGMENT AND REQUEST FOR CLARIFICATION RE PAGE LIMITS