UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRA ESPINDOLA,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY and DST SYSTEMS, INC., LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No. 2:16-cv-01301-JAM-CKD<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-01301-JAM-CKD, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated:  October 5, 2017        /s/ John A. Mendez_____
                               The Honorable John A. Mendez
                               United States District Court Judge